Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
## U.S. District of Columbia
### Civil Division

Kerry Ice Switzer Jr.

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Donald Trump (ex president)
Defense Secretary
lloyd J Austin III

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 1:22-cv-02860
Assigned To : Cobb, Jia M.
Assign. Date : 9/6/2022
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kerry Ice Switzer Jr
Street Address: 5077 Georgetown rd
City and County: Franklin Venango
State and Zip Code: PA 16323
Telephone Number: (814) 432-7611
E-mail Address: Art of being woke @ tutanota.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Donald Trump
- Job or Title (if known): Ex President
- Street Address: 1100 South Ocean Blvd
- City and County: Palm Beach
- State and Zip Code: Florida 33480
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Lloyd J Austin III
- Job or Title (if known): Defense Secretary
- Street Address: 1400 Defense Pentagon
- City and County: ~~Washington~~
- State and Zip Code: Washington DC 20301-1400
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*International code of conduct violations, Cyber terrorism, treason embezzlement, tax evasion, pandemic theft. 18 U.S.C. ss 201, 641, 2381, 2384, 2390, 1028A, 1030(a)(4) 1343*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$3 billion dollars violating switzerlands sovereignty and stating victim is unknown International victim of ones own country while life was in peril.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Victim of International code of conduct violations of ones own country, recepients of ransome ware guilty of pandemic theft, aggreavated identity theft, Fraud, and cyber terrorism

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

3 billion dollars reasons stated above.

nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case– related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/29/22

Signature of Plaintiff: *Kry Lee Switzer Jr.*
Printed Name of Plaintiff: Kerry Lee Switzer Jr.

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

United States District Court

for the

District of Columbia

Kerry Lee Switzer Jr

5077 Georgetown rd

Franklin PA 16323

V.

Case no._____

Donald Trump

Defense Secretary

Lloyd J Austin III

Statement of claim.

The illegal pardons of international code of conduct violations stating victim unknown (a US citizen) victim was known Kerry Lee Switzer Jr. Resident of western Pennsylvania.

Relief

Lawsuit of 3 billion dollars for treason and embezzlement,(pandemic theft), 15 years tax evasion

Under 18 u.s.c. s.s. 201,641, 2381,2384█,2390

Defendants addresses Mara lago Florida, 1000 defense Pentagon, Washington Dc 2031-1000

1400 Defense Pentagon Washington DC 20301-1400